MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CABN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7200
    Facsimile: 415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 13 2027 |
|     Plaintiff, ) | |
| v. ) | **COMPLAINT FOR FORFEITURE** |
| REAL PROPERTY AND ) | |
| IMPROVEMENTS LOCATED AT ) | |
| 2366 SAN PABLO AVENUE, ) | |
| BERKELEY, CALIFORNIA, ) | |
|     Defendant. ) | |

In this *in rem* forfeiture action, the United States alleges:

**JURISDICTION AND VENUE**

    1.    This *in rem* forfeiture action is brought pursuant to Title 21, United States Code, Section 881(a)(7).

    2.    This Court has jurisdiction under Title 28, United States Code, Sections 1345 and 1355.

3. Venue lies in the Northern District of California pursuant to Title 28, United States Code, Sections 1355(b) and 1395(a) and (b), as the acts giving rise to this *in rem* action occurred in this district and the defendant real property is located in this district.

4. Intra-district venue is appropriate in either San Francisco or Oakland.

## PARTIES AND INTERESTED PERSONS

5. Plaintiff is the United States of America.

6. Defendant is real property and improvements located at 2366 San Pablo Avenue Berkeley, California, Alameda County. The defendant real property is identified by assessor's parcel number 056-1933-024-03, and further described in Attachment A, affixed hereto and incorporated herein ("defendant real property"). The defendant real property is a multi-parcel lot, with a single-story commercial building with on-site parking. The defendant real property is the business address for Berkeley Patients Group ("BPG"), a retail marijuana store.

7. According to the lien report issued by LSI Title Company, Nahla Droubi is the owner of record for the defendant real property. The lien report also reflect deeds of trust to secure indebtedness in the amount of $250,000.00 and $200,000.00 were recorded in the Alameda County Recorder's Office on June 14, 1999 and June 16, 2000, respectively both for the benefit of American Contractors Indemnity Company. Additionally, a lien in the amount of $97,230.32, plus any other amount owing was recorded in the Alameda County Recorder's Office on December 2, 2010, by the State of California Department of Toxic Substances Control.

8. BPG is believed to have a leasehold interest in the defendant property.

## FACTS

9. Plaintiff incorporates by reference the allegations of paragraphs one through eight as though fully set forth herein.

10. At all times relevant in this complaint, the defendant real property was the business location of BPG, a marijuana store which distributes marijuana, and facilitates the

Complaint for Forfeiture
No. 13- 2

1  distribution of marijuana, to its customers and accepts money for the distribution of said
2  marijuana. BPG operates its marijuana business out of the defendant real property.
3      11.   Color Me Children Preschool is located on Bancroft Way, in Berkeley, California.
4  BPG, which is located at 2366 San Pablo Avenue, Berkeley, California, is within 1000 feet of
5  Color Me Children PreSchool.
6      12.   The Nia House Learning Center, a Montessori toddler and preschool program is
7  located on 9th Street, in Berkeley, California. The defendant real property is within 1000 feet of
8  the Nia House Learning Center.
9      13.   According to BPG's website (www.mybpg.com), BPG is open seven days a week
10 – from 9:00 a.m. to 9:00 p.m.
11     14.   Since at least 2012 and continuing until the present, BPG has operated a
12 marijuana store engaged in the distribution of marijuana at the defendant real property.
13     15.   The defendant real property is owned by Nahla Droubi.
14     16.   On November 21, 2012, the United States Attorney's Office for the Northern
15 District of California sent Nahla Droubi a letter notifying her that the office was aware of BPG's
16 plan to open and operate a marijuana dispensary at the defendant real property and that the
17 dispensary would be operating within 1000 feet of two pre-schools. The letter further advised
18 her that the operation of a marijuana store was in violation of federal law and could result in
19 criminal and civil penalties, including forfeiture of the defendant real property.
20     17.   In February 2013, the United States Attorney's Office for the Northern District of
21 California sent American Contractors Indemnity Company, the lienholder of the defendant real
22 property, a letter notifying it that BPG was operating a marijuana dispensary at the defendant real
23 property in violation of federal law. The letter further advised that continued operation of a
24 marijuana store at this property could result in criminal and civil penalties, including forfeiture of
25 the defendant real property.
26 //
27
28 Complaint for Forfeiture
   No. 13-                                    3

## CLAIM FOR RELIEF
## 21 U.S.C. § 881(a)(7)
(Forfeiture of property used to facilitate cultivation, sale or distribution of marijuana)

18. The United States incorporates by reference the allegations in paragraphs one through 17 as though fully set forth.

19. Title 21, United States Code, Section 841(a) prohibits the manufacture, distribution or dispensing and possession with the intent to manufacture, distribute or dispense a controlled substance, to wit: marijuana.

20. Title 21, United States Code, Section 856 makes it unlawful to rent, lease, profit from or make available for use, with or without compensation, a place for the purpose of unlawfully manufacturing, storing distributing or using a controlled substance, to wit: marijuana.

21. Title 21, United States Code, Section 881(a)(7) provides for the forfeiture of all real property, including any right, title, and interest, which is used or intended to be used, in any manner or part to commit, or facilitate the commission of any violation of Title 21, United States Code, Chapter 13, Subchapter I, to include sections 841 and 856.

22. In light of the foregoing, plaintiff alleges that the defendant real property is subject to forfeiture, pursuant to Title 21, United States Code, Section 881(a)(7), as property which was used or intended to be used, to commit or facilitate the commission of the distribution, cultivation and possession with the intent to distribute and cultivate marijuana.

//
//
//
//
//
//

Complaint for Forfeiture
No. 13-                              4

23. With respect to the defendant real property, the United States has not seized said property. Rather, the United States will, as provided in Title 18, United States Code, Section 985(b)(1) and (c)(1):

    a. Post notice of this action and a copy of this Complaint for Forfeiture at the defendant real property;

    b. Serve notice of this action together with a copy of the Complaint for Forfeiture and related documents, on the owners of record of the defendant real property; and

    c. Record a *lis pendens* in the county records to demonstrate the status of the defendant real property in this *in rem* action.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WHEREFORE, plaintiff United States of America requests that due process issue to enforce the forfeiture of the defendant real property; that notice be given to all interested parties to appear and show cause why forfeiture should not be decreed; that the Court enter judgment for forfeiture of the defendant real property to the United States; and that the United States be awarded such other relief as may be proper and just.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: 4/30/13

ARVON J. PERTEET
Assistant United States Attorney

Complaint for Forfeiture
No. 13-        5

## VERIFICATION

I, DAVID WHITE, state as follows:

1.  I am a Special Agent with the United States Department of Justice, Drug Enforcement Administration. As the agent assigned to this case I am familiar with the facts and investigation leading to the filing of this Complaint for Forfeiture.

2.  I have read the Complaint, and based upon my personal knowledge, discussions with persons involved in the investigation and my review of relevant investigative reports and other documentation, I believe the allegations contained in it to be true.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 2 day of ~~April~~ May, 2013 in San Francisco, California.

_[signature]_
DAVID WHITE
Special Agent
Drug Enforcement Administration

Complaint for Forfeiture
No. 13-                                    6

## ATTACHMENT A

## LEGAL DESCRIPTION

PARCEL 1:

BEGINNING AT A POINT ON THE EASTERN LINE OF 10TH STREET DISTANT THEREON NORTHERLY 150 FEET FROM THE INTERSECTION THEREOF WITH THE NORTHERN LINE OF CHANNING WAY, ACCORDING TO THE MAP HEREINAFTER REFERRED TO; THENCE NORTHERLY ALONG SAID LINE OF 10TH STREET 50 FEET; THENCE AT RIGHT ANGLES EASTERLY 135 FEET; THENCE AT RIGHT ANGLES SOUTHERLY 18 FEET, THENCE AT RIGHT ANGLES EASTERLY 135 FEET TO THE WESTERN LINE OF SAN PABLO AVENUE, AN SHOWN ON SAID MAP; THENCE SOUTHERLY ALONG SAID LINE OF SAN PABLO AVENUE 30 FEET; THENCE AT RIGHT ANGLES WESTERLY 135 FEET; THENCE AT RIGHT ANGLES SOUTHERLY 2 FEET; AND THENCE AT RIGHT ANGLES WESTERLY 135 FEET TO THE POINT OF BEGINNING.

BEING THE SOUTHERN 30 FEET OF LOT 13, THE NORTHERN 2 FEET OF LOT 20 AND THE SOUTHERN 48 FEET OF LOT 21, BLOCK 121, AS SAID LOTS AND BLOCK ARE SHOWN UPON THAT CERTAIN MAP ENTITLED, "CORRECTED MAP OF THE RAYMOND TRACT, 1887", FILED SEPTEMBER 21, 1887, MAP BOOK 10, PAGE 12, ALAMEDA COUNTY RECORDS.

PARCEL 2:

BEGINNING AT A POINT ON THE WESTERN LINE OF SAN PABLO AVENUE, DISTANT THEREON NORTHERLY 127 FEET FROM THE INTERSECTION THEREOF WITH THE NORTHERN LINE OF CHARMING WAY, AN SAID AVENUE AND WAY ARE SHOWN ON THE MAP HEREINAFTER REFERRED TO; RUNNING THENCE NORTHERLY ALONG SAID LINE OF SAN. PABLO AVENUE, 25 FEET; THENCE AT RIGHT ANGLES WESTERLY 135 FEET; THENCE AT RIGHT ANGLES SOUTHERLY 25 FEET; THENCE AT RIGHT ANGLES EASTERLY 135 FEET TEE THE POINT OF BEGINNING.

BEING THE NORTHERN 25 FEET OF LOT NO. 14, BLOCK NO. 121, AS SAID LOT AND BLOCK ARE DELINEATED AND SEE DESIGNATED UPON THAT CERTAIN MAP ENTITLED, "CORRECTED MAP OF THE RAYMOND TRACT, 1887", TILED SEPTEMBER 21, 1887, MAP BOOK 10, PAGE 12, ALAMEDA COUNTY RECORDS.

PARCEL 3:
BEGINNING AT A POINT ON THE EASTERN LINE OF 10TH STREET; DISTANT THEREON NORTHERLY 100 FEET FROM THE POINT OF INTERSECTION THEREOF, WITH THE NORTHERN LINE OF CHANNING WAY, AS PER MAP HEREINAFTER REFERRED TO; RUINING THENCE NORTHERLY ALONG SAID LINE OF 10TH STREET 50 FEET; THENCE AT RIGHT ANGLES EASTERLY 135 FEET; THENCE AT RIGHT ANGLES SOUTHERLY 23 FEET; THENCE AT RIGHT ANGLES EASTERLY 135 FEET TO THE WESTERN LINE OF SAN PABLO AVENUE, AS SHOWN AN SAID MAP; THENCE SOUTHERLY ALONG SAID LINE OF SAN PABLO AVENUE 27 FEET; THENCE AT RIGHT ANGLES WESTERLY 270 FEET TO THE POINT OF BEGINNING.

BEING THE SOUTHERN 27 FEET LOT 14 AND THE SOUTHERN 50 FEET OF LOT 20, BLOCK 121, AS SAID LOT AND BLOCK ARE DELINEATED UPON THAT CERTAIN MAP ENTITLED, "CORRECTED MAP OF THE RAYMOND TRACT, 1887", FILED SEPTEMBER 21, 1887, MAP BOOK 10, PAGE 12, ALAMEDA COUNTY RECORDS.

Complaint for Forfeiture
No. 13-    7

1  EXCEPTING FROM PARCELS 1, 2 AND 3 THAT PORTION CONTAINED IN THE DEED FROM JULIUS CHASE, AN UNMARRIED MAN, RECORDED JUNE 23, 1980, SERIES NO. 80-106229, ALAMEDA
2  COUNTY RECORDS.

3  PARCEL 4;

4  AN ENCROACHMENT CASEMENT APPURTENANT TO PARCEL 1 ABOVE AS DESCRIBED IN THE DOCUMENT RECORDED JULY 5, 1985, SERIES NO. 85133671, ALAMEDA COUNTY RECORDS.
5
   PARCEL 5:
6
   COMMENCING AT A POINT ON THE WESTERLY LINE OF SAN PABLO AVENUE, DISTANT
7  THEREON 182 FEET NORTHERLY FROM THE POINT OF INTERSECTION THEREOF WITH THE NORTHERLY LINE OF CHARMING WAY; RUNNING THENCE NORTHERLY ALONG SAID
8  WESTERLY LINE OF SAN PABLO AVENUE, 25 FEET; THENCE AT A RIGHT ANGLE WESTERLY 135 FEET; THENCE, AT A RIGHT ANGLE SOUTHERLY 25 FEET; AND THENCE AT A RIGHT ANGLE
9  EASTERLY 135 FEET TO THE POINT OF COMMENCEMENT.

10 BEING THE SOUTHERLY 5 FEET OF LOT NO. 12 AND THE NORTHERLY 20 FEET OF LOT NO. 13 IN BLOCK NO. 121 AS THE SAID LOTS AND BLOCK ARE DELINEATED AND SO DESIGNATED UPON
11 THAT CERTAIN. MAP ENTITLED, "CORRECTED MAP OF THE RAYMOND TRACT, BERKELEY, ALAMEDA CO. 1887", FILED SEPTEMBER 21, 1887 IN THE OFFICE OF THE COUNTY RECORDER
12 OF SAID ALAMEDA COUNTY.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Complaint for Forfeiture
   No. 13-                                      8