1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
3   J. DOUG WILSON (DCBN 412811)
    Chief, Criminal Division
4   ARVON J. PERTEET (CABN 242828)
    Assistant United States Attorney
5
6       450 Golden Gate Avenue, 11th Floor
        San Francisco, CA 94102
7       Telephone: 415.436.7200
        Facsimile: 415.436.7234
8       Email: arvon.perteet@usdoj.gov

9   Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )
                                     )   No.  CV 13-2027 JST
                      Plaintiff,     )
15                                   )
                                     )
16           v.                      )   DECLARATION OF ARVON J. PERTEET
                                     )   IN SUPPORT OF THE UNITED STATES'
17  REAL PROPERTY AND                )   RESPONSE TO BERKELEY PATIENTS
    IMPROVEMENTS LOCATED AT          )   GROUP'S MOTION TO STRIKE
18  2366 SAN PABLO AVENUE,           )   PORTIONS OF THE COMPLAINT
    BERKELEY, CALIFORNIA,            )
                                     )   Date: August 29, 2013
19                                   )   Time: 2:00 p.m.
                      Defendant.     )   Court Room No. 9
20  _____ )

21

22

23

24

25

26

27

28

I, Arvon J. Perteet, declare and state as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California.  I am counsel of records for the United States in the above captioned case.  I submit this declaration in Support of the United States' Response to the Berkeley Patients's Group Motion to Strike Portion of the Complaint.  I make this declaration based on my personal knowledge and based on information I have learned during this case.

2.      I have reviewed docket report on ECF for the above-captioned case and did not locate a disclosure statement for Berkeley Patients Group pursuant to Civil L.R. 3-16, or F.R.C.P. Rule 7.1(b).

3.      I have reviewed the docket report on ECF for the above-captioned case and did not locate either an affidavit or declaration in support of Berkeley Patient Group's Motion to Strike.

I declare under penalty of perjury that the foregoing is true and correct.  Sworn July 9, 2013, at San Francisco, California.


                                        /S/   *Arvon J. Perteet*
                                        ARVON J. PERTEET
                                        Assistant United States Attorney