UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2366 SAN PABLO AVENUE, BERKELEY, CALIFORNIA,<br><br>            Defendant. | Case No.  13-cv-02027-JST<br><br>**ORDER GRANTING LEAVE TO FILE CERTIFICATE OF INTERESTED ENTITIES UNDER SEAL**<br><br>Re: Dkt. No. 49 |

Before the Court is Berkeley Patients Group, Inc.'s request for an order (1) that Berkeley Patients Group, Inc.'s Civil L.R. 3-16 Certificate of Interested Entities or Persons may be sealed, pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 7-11 and 79-5; and 2) that Berkeley Patients Group, Inc. not be required to serve any other parties or claimants to the case with a copy of its Certificate.  ECF No. 49.

Good cause appearing, the request is GRANTED.  The Court therefore orders as follows:

1)      Berkeley Patients Group, Inc. shall file under seal its Certificate of Interested Entities or Persons pursuant to Civil L.R. 3-16; and

2)      Berkeley Patients Group, Inc. shall be relieved of the service requirement pursuant to Civil L.R. 79-5(b).  BPG shall not be required to serve its Certificate of Interested Entities or Persons on the other parties to this case.

**IT IS SO ORDERED.**

Dated: October 1, 2013

_____
JON S. TIGAR
United States District Judge