# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2366 SAN PABLO AVENUE, BERKELEY, CALIFORNIA,<br><br>　　　　Defendant. | Case No.  13-cv-02027-JST<br><br>**ORDER VACATING MOTION HEARING** |

Before the Court is the Government's motion for judgment on the pleadings.  ECF No. 54. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for December 19, 2013, at 2:00 p.m., is hereby VACATED.

　　　　**IT IS SO ORDERED**.

Dated:  December 17, 2013

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California