**FILED**

MAR 20 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2366 SAN PABLO AVENUE, BERKELEY, CALIFORNIA,<br><br>Defendant. | Case No. 13-cv-02027-JST<br><br>**ORDER DENYING BPG'S ADMINISTRATIVE MOTION TO SCHEDULE FURTHER CASE MANAGEMENT CONFERENCE WITHOUT PREJUDICE**<br><br>Re: ECF No. 92 |

Before the Court is Claimant Berkeley Patient Group, Inc.'s ("BPG") administrative motion for an order scheduling a case management conference to discuss extending the discovery cutoff and postponing the trial date in this case. BPG seeks these extensions due to discovery disputes currently pending before Judge James, which BPG states have resulted in a protracted discovery process. See ECF Nos. 78, 79, 80.

The Court appreciates BPG's promptness in bringing to the Court's attention what it perceives to be a need to amend the case schedule. However, the Court finds that it would be more productive to address any amendments to the case schedule after Judge James has resolved the parties' pending discovery disputes. For this reason, the Court hereby DENIES BPG's administrative motion without prejudice. After the parties' discovery disputes have been resolved, BPG shall file a notice of need for further case management conference. The Court will schedule the parties for a case management conference as soon as possible after receiving BPG's notice.

**IT IS SO ORDERED.**

Dated: 3/20/14

JON S. TIGAR
United States District Judge