FLYNN RILEY BAILEY & PASEK LLP
David B. Tillotson (No. 148162)
Ravi D. Sahae (No. 276113)
1010 B Street, Suite 200
San Rafael, CA 94901
Fax (415) 482-9939
(415) 461-1000

Attorneys for Owner of Record
Nahla Droubi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2366 SAN PABLO AVENUE, BERKELEY, CALIFORNIA,<br><br>                    Defendant.<br>_____<br>NAHLA DROUBI,<br><br>                    Owner of Record. | Case No:  CV 13-2027 JST<br><br>**JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2 FOR ORDER ENLARGING TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-12**<br><br>Trial Date: None Set |

**JOINT STIPULATED REQUEST**

Pursuant to Local Rule 6-2, all parties to this matter, by and through their respective attorneys of record, hereby do stipulate and request that the deadline to oppose Plaintiff's Motion for Summary Judgment ("MSJ") be extended by 21 days from April 28, 2014, to May 19, 2014, in accordance with the Clerk's notice (Docket #99) that the MSJ hearing has been continued 21 days.

1

JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2 FOR ORDER ENLARGING TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-12

The reason for the requested enlargement of time is to provide additional time given the various outstanding issues in this action. There have been no prior modifications in this case.[1] There will be no prejudice to Plaintiff because Plaintiff's reply will run from the new date pursuant to Local Rule 7-3, and there is no prejudice to the Court because the Court will have the same amount of time between the opposition deadline and the hearing that it would have had the hearing not been continued by 21 days.  This stipulation is without prejudice to the rights of any party to seek a further enlargement of time.

Upon the filing of this stipulation, the pending Rule 6 Motion to Enlarge Time is withdrawn.

DATED:          April 17, 2014                     FLYNN RILEY BAILEY & PASEK LLP


                                                            /s/ David Tillotson
                                                   David Tillotson
                                                   Attorneys for Owner of Record
                                                   Nahla Droubi


DATED:          April 17, 2014                     HENRY G. WYKOWSKI & ASSOCIATES


                                                            /s/ Henry G. Wykowski
                                                   HENRY G. WYKOWSKI
                                                   Attorneys for Claimant
                                                   BERKELEY PATIENTS GROUP, INC.


DATED:          April 17, 2014                     DRUG POLICY ALLIANCE


                                                            /s/ Tamar Todd
                                                   TAMAR TODD
                                                   Attorneys for Claimant
                                                   CITY OF BERKELEY

///

---

[1] Owner filed a motion yesterday on April 16, 2014, seeking similar relief, but the motion has not been ruled upon.  Plaintiff contacted Owner on April 17 and graciously agreed to stipulate to the relief requested.

2

| 1 | DATED:        April 17, 2014 | SARA M. TAYLOR |
|---|---|---|

2

| 3 | | _____/s/ Sara M. Taylor_____ |
|---|---|---|

Sara M. Taylor
Attorney for Claimants,
MARY DAVIS, ETIENNE FONTAN,
CINDY SMITH, JEFFREY BISHOP,
ROBIN BISHOP, GWENDOLYN
MCCALOPE

DATED:        April 17, 2014        MELINDA HAAG
United States Attorney

_____/s/ Arvon J. Perteet_____
ARVON J. PERTEET
Assistant United States Attorney

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 18, 2014

JON & T
UNITED

*IT IS SO ORDERED*

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3