DANIEL ABRAHAMSON (BAR NO. 158668)
DAbrahamson@drugpolicy.org
TAMAR TODD (BAR NO. 211865)
TTodd@drugpolicy.org
THESHIA NAIDOO (BAR NO. 209108)
TNaidoo@drugpolicy.org
LINDSAY LASALLE (BAR NO. 267072)
LLaSalle@drugpolicy.org
DRUG POLICY ALLIANCE
918 Parker Street, Building A21
Berkeley, California 94710
Telephone:  510.229.5211
Facsimile:   510.295.2810

Attorneys for Claimant CITY OF BERKELEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2366 SAN PABLO AVENUE, BERKELEY, CALIFORNIA,<br><br>Defendant.<br><hr>NAHLA DROUBI,<br><br>Owner of Record. | Case No:  CV 13-2027 JST<br><br>**JOINT STIPULATION REQUEST PURSUANT TO LOCAL RULE 6-2 FOR ORDER ENLARGING TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-12**<br><br>Trial Date: None Set |

**JOINT STIPULATED REQUEST**

Pursuant to Local Rule 6-2, all parties to this matter, by and through their respective attorneys of record, hereby do stipulate and request that the deadline to respond to Plaintiff's Motion for Summary Judgment ("MSJ") be extended to 14 days after the date on which the Court rules on

1

Plaintiff's Motion to Strike the Claim on City of Berkeley for lack of standing filed on March 21, 2014 and continuation of the hearing on the MSJ until such time as the briefing is complete.

There will be no prejudice to Plaintiff because Plaintiff's reply will run from the new date pursuant to Local Rule 7-3.

DATED: May 13, 2014                    DRUG POLICY ALLIANCE


   /s/ Tamar Todd_____
TAMAR TODD
Attorneys for Claimant
CITY OF BERKELEY


DATED: May 13, 2014                    FLYNN RILEY BAILEY & PASEK LLP


   /s/ David Tillotson_____
David Tillotson
Attorneys for Owner of Record
Nahla Droubi


DATED: May 13, 2014                    HENRY G. WYKOWSKI & ASSOCIATES


    /s/ Henry G. Wykowski_____
HENRY G. WYKOWSKI
Attorneys for Claimant
BERKELEY PATIENTS GROUP, INC.


DATED: May 13, 2014                    SARA M. TAYLOR
                                       Attorney at Law


   /s/ Sara M. Taylor_____
Sara M. Taylor
Attorney for Claimants,
MARY DAVIS, ETIENNE FONTAN,
CINDY SMITH, JEFFREY BISHOP,
ROBIN BISHOP, GWENDOLYN
MCCALOPE

DATED: May 13, 2014

MELINDA HAAG
United States Attorney

 /s/ Arvon J. Perteet
ARVON J. PERTEET
Assistant United States Attorney

3

JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2 FOR ORDER ENLARGING TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-12

**[PROPOSED] ORDER**

The parties shall contact the Courtroom Deputy Clerk via e-mail once the opposition brief is filed to secure a new hearing date on the Motion for Summary Judgment.

PURUSANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 15, 2014



IT IS SO ORDERED AS MODIFIED

Judge Jon S. Tigar

4

JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2 FOR ORDER ENLARGING TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-12