UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2366 SAN PABLO AVENUE, BERKELEY, CALIFORNIA,<br><br>Defendant. | Case No. 13-cv-02027-JST<br><br>**ORDER ENLARGING TIME FOR FACTUAL DISCOVERY**<br><br>Re: ECF No. 114 |
|---|---|

Pursuant to the parties' stipulation, ECF 114, the current deadline of June 6, 2014 for factual discovery is extended to fourteen days after the Court rules on Plaintiff's Motion to Strike the Claim of the City of Berkeley for Lack of Standing, ECF No. 94.

**IT IS SO ORDERED.**

Dated: June 2, 2014

_____
JON S. TIGAR
United States District Judge