UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2366 SAN PABLO AVENUE, BERKELEY, CALIFORNIA,<br><br>    Defendant. | Case No. 13-cv-02027-JST<br><br>**ORDER ACKNOWLEDGING PARTIES' NOTICES AND NOTING PARTIES' ABILITY TO FILE MOTIONS TO ENLARGE TIME IF NECESSARY**<br><br>Re: ECF Nos. 118, 119 |

The Court notes Claimant Berkeley Patient Group's Notice of Discovery Ruling and of Case Status, ECF No. 118, and Claimant Nahla Droubi's Notice of Pending Discovery and Joinder in Claimant Berkeley Patient Group's Notice of Discovery Ruling and of Case Status, ECF No. 119. If either party believes the deadlines in this case should be enlarged, that party should file a motion or a stipulation and proposed order, which the Court will consider on the merits.

**IT IS SO ORDERED.**

Dated: June 4, 2014

_____
JON S. TIGAR
United States District Judge