UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2366 SAN PABLO AVENUE, BERKELEY, CALIFORNIA,<br><br>　　　　Defendant. | Case No. 13-cv-02027-JST<br><br>**ORDER SETTING DEADLINES FOR MOTION FOR SUMMARY JUDGMENT**<br><br>Re: ECF Nos. 112, 130 |

On May 15, 2014, the Court issued an Order Enlarging Time to Respond to Plaintiff's Motion for Summary Judgment. ECF No. 112. That Order provided that Claimants would have fourteen days after the Court issued its Order on Plaintiff's Motion to Strike to file a response to Plaintiff's Motion for Summary Judgment. Id. On June 23, 2014, the Court issued its Order on Plaintiff's Motion to Strike. ECF No. 130. Accordingly, the Court hereby SETS July 8, 2014 as the deadline for the response to Plaintiff's Motion for Summary Judgment. The Court SETS July 15, 2014 as the deadline for Plaintiff's reply. The Court also hereby SETS the hearing for the Motion for Summary Judgment on Thursday, August 28, 2014, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 24, 2014

_____
JON S. TIGAR
United States District Judge