UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

REAL PROPERTY AND
IMPROVEMENTS LOCATED AT 2366
SAN PABLO AVENUE, BERKELEY,
CALIFORNIA,

           Defendant.

Case No.  13-cv-02027-JST   (MEJ)

**DISCOVERY ORDER**

Re: Dkt. Nos. 116, 121, 128

On June 27, 2014, the Court held a telephonic discovery conference for the purpose of resolving several pending discovery matters.  Based on discussions at the hearing, the Court ORDERS as follows:

1)  The Government's Motion for Leave to File a Motion for Reconsideration of the Court's May 22, 2014 Discovery Ruling is GRANTED.  As the Government has already filed a brief addressing the reconsideration issue (Dkt. No. 116), Defendant shall file any opposition by July 10, 2014.  The Government's reply, if any, is due by July 18, 2014.  Unless the Court determines a hearing is necessary, the matter will be submitted on the papers.

2)  The Government's request (Dkt. No. 121) that the Court's May 22, 2014 discovery order be stayed with respect to the order as to the making of discovery and the provision of a privilege log is GRANTED.  The stay shall remain in effect pending resolution of the issues addressed in the Government's motion for reconsideration.

3)  Defendant's Motion for Sanctions (Dkt. No.128) is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: June 27, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California