UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2366 SAN PABLO AVENUE, BERKELEY, CALIFORNIA,<br><br>        Defendant. | Case No.  13-cv-02027-JST   (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 104 |

Pending before the Court is a joint discovery dispute letter from Plaintiff United States of America (the Government) and Claimant Nahla Droubi, the owner of record of the real property which is the subject of this forfeiture action. Dkt. No. 104. Droubi seeks to compel the Government to provide further responses to three sets of written discovery. Dkt. No. 104. The Government objects to Droubi's requests, arguing that her affirmative defenses are insufficient as a matter of law. As the Court has previously ruled, claimants in this case are entitled to discovery. *See* Dkt. Nos. 113, 151. Accordingly, Droubi's request to compel responses is GRANTED. Should the Government have any objections as to the scope of the discovery requests, the parties are ORDERED to meet and confer in compliance with the undersigned's Discovery Standing Order.

      **IT IS SO ORDERED.**

Dated: October 10, 2014

                                                                                      _____<br>
                                                                                      MARIA-ELENA JAMES<br>
                                                                                      United States Magistrate Judge