United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2366 SAN PABLO AVENUE, BERKELEY, CALIFORNIA,<br><br>Defendant. | Case No. 13-cv-02027-JST<br><br>**ORDER REGARDING STATUS UPDATES**<br><br>Re: ECF No. 175 |

This Order vacates the Court's prior order requiring status updates from the City of Berkeley every ninety days pending the resolution of the City of Berkeley's appeal at the Ninth Circuit. See ECF No. 175. Instead, the parties shall notify the Court that the stay should be lifted by filing a joint status conference statement within fourteen days of the issuance of the Ninth Circuit's decision.

IT IS SO ORDERED.

Dated: April 11, 2016

_____
JON S. TIGAR
United States District Judge